Roy E. MILLER, Plaintiff–Appellant,

v.

Thomas R. DEW, Sued individually and in his official capacity; Stephen Royalty, Sued individually and in his official capacity; Holli S. Reeves, Sued individually and in his official capacity; Peter L. Trible, Sued individually and in his official capacity, Defendants–Appellees,

and

David T. Parrish, Sued individually and in his official capacity; Ronald B. LeCarpentier, Sued individually and in his official capacity; John Doe # 1, Sued individually and in his official capacity; John Doe # 2, Sued individually and in his official capacity; John Doe # 3, Sued individually and in his official capacity; John Doe # 4, Sued individually and in his official capacity; David R. Hines, Sued individually and in his official capacity; Hanover County; Joseph D. Winfree, Sued individually and in his official capacity, Defendants.

No. 13–1404.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 29, 2013.

Decided: Sept. 3, 2013.

Roy E. Miller, Appellant Pro Se. Farnaz Farkish, Office of the Attorney General of Virginia, Richmond, Virginia; William Fisher Etherington, Leslie A. Winneberger, Beale, Davidson, Etherington & Morris, PC, Richmond, Virginia, for Appellees.

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy E. Miller appeals the district court's orders dismissing his claims against several defendants on grounds of immunity. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Miller v. Parrish*, No. 3:12–cv–00873–HEH (E.D.Va. Feb. 13, 2013; Mar. 20, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*